UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:09-00008 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER LEE JOHNSON | ) | |

## ORDER

Pending before the Court is a Second Motion to Continue Hearing on Superseding Petition (Docket No. 66). The Motion is GRANTED.

The hearing on the Superseding Petition (Docket No. 53) currently scheduled for October 28, 2013, is RESCHEDULED for December 31, 2013, at 1:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE