UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:09-00008 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER LEE JOHNSON | ) | |

## ORDER

The hearing on the superseding petition alleging violations of the Defendant's conditions of supervised release, currently set for May 21, 2014, is CONTINUED until June 19, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE