# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

CHRISTOPHER LEE JOHNSON

Case Number: 1:09-00008

USM Number: 19112-075

Patrick G. Frogge
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __Two (2) through Six (6)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer | 4/22/13 |
| 3 | Defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer | 6/26/13 |
| 4 | Defendant shall submit a truthful and complete written report within the first five days of each month | 6/2013 |
| 5 | Defendant shall reside with his sister, Jennifer Owens, for approximately two weeks until his mother returns to her home in Lawrenceburg, and thereafter that the Defendant shall reside with his mother | 8/20/13 |
| 6 | Defendant shall be subject to a daily curfew requiring that he be in his residence from 10:00 p.m. until 6:00 a.m. each day unless such curfew hours would interfere with his employment | 8/20/13 |

Alleged violation number 1 is dismissed by agreement of the parties.

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7094__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:

Lawrenceburg, TN

June 19, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

June 19, 2014
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>fifteen (15) months</u>

No period of Supervised Release is imposed.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

<u>X</u> The Defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The Defendant shall surrender to the United States Marshal for this District:

    \_\_\_\_ at _____ p.m. on _____

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    \_\_\_\_ before 2 p.m. on _____

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal